**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**OFFICE OF THE CLERK**
**AT SEATTLE**

WILLIAM M. MCCOOL
CLERK OF COURT
700 STEWART ST.
SEATTLE, WA 98101

May 1, 2019

**PENG V. MICROSOFT CORPORATION ET AL**
Case # 2:19−cv−00639−RAJ

The court has received your case documents and has identified the deficiencies listed below.
**Please note:** Any underlined points of reference indicated below will contain a link to the source materials.

**Copyright/Patent/Trademark Forms Omitted**
The Copyright/Patent/Trademark form(s) were omitted upon case opening. The form(s) should be emailed to the proper jurisdictional court and **cannot** be electronically filed. For Seattle cases, please email the form to newcases.seattle@wawd.uscourts.gov. For Tacoma cases, please email the form to newcases.tacoma@wawd.uscourts.gov.

*Please call the Attorney Case Opening Helpdesk at 206−370−8787 if you have any additional questions.*

Thank you.

cc: file